UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No: 09-10375-PBS

ALANA WALDHOLZ, ET AL,
Plaintiffs,

v.

WILSHIRE CREDIT CORP., ET AL,
Defendants.

ORDER OF REMAND

SARIS, D.J.                                                                      April 14, 2009

      In accordance with the Court's Endorsed Order dated April 13, 2009, the above-entitled action is hereby remanded to the Boston Housing Court, Suffolk County, Massachusetts.

                                              By the Court,

                                              /s/ Robert C. Alba
                                              Deputy Clerk